**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEX GERENA FIGUEROA,

        Plaintiff,

v.                                        Case No: 6:19-cv-15-Orl-40KRS

ORANGE COUNTY PUBLIC SCHOOLS,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Application to Proceed in District Court (Doc. 2) filed on January 4, 2019. The United States Magistrate Judge has submitted a report recommending that the complaint be dismissed and the motion to proceed *in forma pauperis* be terminated.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 17, 2019 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Compliant (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk is **DIRECTED** to terminate the motion to proceed *in forma pauperis* (Doc. 2).

4. Plaintiff may file an amended complaint along with a renewed motion to proceed *in forma pauperis* on or before February 19, 2019. Failure to timely file an amended complaint will result in dismissal of the case without further notice.

**DONE AND ORDERED** in Orlando, Florida on February 5, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties